# VERIFIED RETURN OF SERVICE

| Insert name of court, judicial district or branch court, if any: | |
|---|---|
| United States District Court, District of Columbia | |
| DEPOSITION/COURT DATE: | CASE NUMBER: 1:05-CV-1596 |
| PLAINTIFF/PETITIONER: Service Employees International Union National Industry Pension Fund, et al | |
| DEFENDANT/RESPONDENT: Cedar Oaks Care Center, Inc. | |
| DOCUMENTS SERVED: 20 Day Summons, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order | |

Received on **08/10/2005** at **2:51 PM** to be served on:

**Cedar Oaks Care Center, Inc. c/o Edward Yaunger**

I do hereby affirm that on 9-13-05 at 3:30 PM served this process by:

___ CORPORATE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: MR Lowin Ron    TITLE: Agent

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: 12 Ryan Road Edison, NJ 08817 | FOR(Client): Eunice H. Washington, Esq. Service Employees International Union 1313 L Street, N.W. Washington, DC 20005 800-458-1010 |
|---|---|
| COMMENTS: | |
| AUTHORIZATION: | |
| DECLARATION: UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2). | SIGNATURE: X_____ _____ (Print Name) State Service Corporation 4030 Powerline Rd. Ft. Lauderdale, FL 33309 OUR FILE#: 65158 |