UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <u>et al.</u><br><br>Plaintiffs,<br><br>v.<br><br>**CEDAR OAKS CARE CENTER, INC.**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01596 (ESH) |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

Respectfully submitted,


<u>/s/ Eunice H. Washington</u>
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, DC 20005
(202) 626-1440
Attorney for Plaintiffs

Dated: October 3, 2005